IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-01954-RPM

GREENWICH INSURANCE COMPANY,

    Plaintiff,

v.

RIO NATIONAL INSURANCE SERVICES, INC. and
RIO CLAIMS SERVICE INC.,

    Defendants.

_____

## ORDER FOR STATUS REPORT
_____

At the conference on November 13, 2014, this Court ordered counsel to notify chambers when this case is ready for a scheduling conference.  Counsel have not contacted the Court and it is now

ORDERED that counsel shall file a status report on or before August 24, 2015.

DATED:   August 14th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge