IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-01954-RPM

GREENWICH INSURANCE COMPANY,

    Plaintiff,

v.

RIO NATIONAL INSURANCE SERVICES, INC. and
RIO CLAIMS SERVICE INC.,

    Defendants.
_____

## ORDER FOR STATUS REPORT
_____

    Plaintiff's counsel filed a Status Report on October 30, 2015, advising the Court that the parties anticipated settlement of this case within a month.  Nothing further has been filed and it is now

    ORDERED that counsel shall file a status report on or before March 2, 2016.

    DATED:   February 24th, 2016

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge