IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-01954-RPM

GREENWICH INSURANCE COMPANY,

      Plaintiff,

v.

RIO NATIONAL INSURANCE SERVICES, INC. and
RIO CLAIMS SERVICE INC.,

      Defendants.

_____

## ORDER FOR DISMISSAL
_____

      Pursuant to the Stipulation to Dismiss with Prejudice [Doc. 33], it is

      ORDERED that this action is dismissed with prejudice, each party to bear their

own costs and attorney's fees.

      DATED:   April 22nd, 2016

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____

                  Richard P. Matsch, Senior District Judge